IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM D. BOYD | : | |
|     Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 02-2791 |
| UNION PACIFIC RAILROAD CO. | : | |
|     Defendant | : | |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

    Now comes the above Plaintiff, by and through his counsel, Joseph J. Cappelli, Esquire, and hereby voluntarily dismisses this action without prejudice.

                              JOSEPH J. CAPPELLI & ASSOCIATES

                              By: _____
                                  Joseph J. Cappelli, Esquire
                                   Attorney for Plaintiff
                                181 Washington Street, Suite 550
                                Conshohocken, PA 19428
                                (610) 941-4444

                              Date: _____